**CGFD28** (9/19/08)

**ORDERED in the Southern District of Florida on October 6, 2015**

**A. Jay Cristol**
United States Bankruptcy Judge

---

# United States Bankruptcy Court
## Southern District of Florida
## www.flsb.uscourts.gov

**Case Number: 15−21494−AJC**
**Chapter: 7**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Lourdes Valdes
1629 SW 13th Street
Apt 21
Miami, FL 33145

SSN: xxx−xx−3697

# FINAL DECREE

The trustee, Jacqueline Calderin, having filed a final report that the estate has been fully administered, is discharged and the case is closed.